# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2154
Lower Tribunal No. 2021-DR-000494-FM01-XX

_____

DEYSI SOLORIO SANTOYO,

Appellant,

v.

FRANCISCO ANTONIO RAMOS MEDRANO,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Ramiro Manalich, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

WHITE and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


William D. Slicker, of William D. Slicker, P.A., St. Petersburg, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED